**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD STORLIE, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant(s). ) <br> ————————————————————) | Case No. 2:15-cv-00592-RFB-NJK <br><br> ORDER GRANTING MOTION <br> TO EXTEND <br><br> (Docket No. 15) |

Pending before the Court is Defendant's motion to extend various deadlines established in the scheduling order.  Docket No. 15.  The Court ordered that any response be filed no later than September 15, 2015.  Docket No. 16.  Plaintiffs responded, indicating that they did not oppose Defendant's motion.  Docket No. 17.  For good cause shown, the Court hereby GRANTS the motion and EXTENDS the deadlines as follows:

• Discovery Cut-off: February 29, 2016

• Interim Status Report: December 30, 2015

• Expert Disclosures: December 30, 2015

• Rebuttal Expert Disclosure: January 29, 2016

• Dispositive Motion Deadline: March 30, 2016

• Joint Pre-Trial Order: April 29, 2016

IT IS SO ORDERED.

DATED: September 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge