UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD STORLIE, et al., | |
| Plaintiffs, | Case No. 2:15-cv-00592-RFB-NJK |
| vs. | ORDER GRANTING MOTION TO EXTEND DISCOVERY |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | (Docket No. 28) |

Pending before the Court is Defendants motion to extend discovery. Docket No. 28. Defendant asks the Court to extend certain discovery deadlines. *Id*. The Court ordered Plaintiffs to respond to Defendant's motion no later than December 11, 2015. Docket No. 29. Plaintiffs have failed to comply. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). Additionally, the Court has reviewed the motion and finds good cause exists to granting it.

Accordingly, for the reasons stated above and good cause shown,

Defendant State Farm's motion to extend discovery, Docket No. 28, is **GRANTED**.

The discovery cut-off is extended to May 30, 2016.

The expert disclosure deadline is extended to March 30, 2016.

The rebuttal expert disclosure deadline is extended to April 29, 2016.

The interim status report deadline is extended to March 30, 2016.

The dispositive motion deadline is extended to June 29, 2016.

The joint pretrial order deadline is extended to July 29, 2016. In the event that dispositive motions are filed, this deadline will be extended to thirty days after the final dispositive motion is decided.

Plaintiffs' counsel shall take note of all deadlines in the instant case. Plaintiffs' counsel must comply with all Court orders. Failure to do so in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: December 30, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge