1 ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
2 Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA
3 Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
4 **LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
702.893.3383
6 FAX: 702.893.3789
*Attorneys for Defendant*
7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA, SOUTHERN DIVISION

10

11 RICHARD STORLIE, and JEANNE      CASE NO.:   2:15-cv-00592-RFB-NJK
STORLIE, individually;
12                                  **STIPULATION AND ORDER FOR**
        Plaintiffs,                 **DISMISSAL WITH PREJUDICE**
13
   vs.
14
STATE FARM MUTUAL AUTOMOBILE
15 INSURANCE COMPANY; DOES I-X, and
ROE CORPORATIONS, I-X, inclusive.
16
        Defendants.
17

18     IT IS HEREBY STIPULATED, by and among Plaintiffs RICHARD STORLIE, and

19 JEANNE STORLIE, ("Plaintiffs") and Defendant STATE FARM MUTUAL AUTOMOBILE

20 INSURANCE COMPANY, ("Defendant"), by and through their respective counsel of

21 record, that all of the claims and causes of action contained in the above-entitled action

22 Case 2:15-cv-00592-RFB-NJK, including all of those claims and causes of action against

23 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, shall be dismissed in

24 their entirety, with prejudice, each party to bear their own attorneys fees and costs.

25 …

26 …

27 …

28 …

4825-3736-1978.1

IT IS FURTHER STIPULATED AND AGREED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

| DATED this ___ day of October, 2016. | DATED this 24 day of October, 2016. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | STOVALL & ASSOCIATES |
| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 03062<br>PAMELA L. MCGAHA, ESQ.<br>Nevada Bar No. 8181<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* | LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 02566<br>ROSS H. MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiffs* |

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the claims and causes of action against Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action be, and are hereby, dismissed, with prejudice, each party to bear their own attorneys fees and costs;

IT IS FURTHER ORDERED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

DATED this 29th day of December, 2016.

Respectfully submitted by:

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge